UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEWAUN JAMES SWAN,

    Plaintiff,

v.

MILLER,

    Defendant.

CASE NO. 3:18-cv-05320-BHS-DWC

ORDER TO FILE NEW APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff DeWaun James Swan, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983. While in custody at the Pierce County Jail, he also filed a Motion for Leave to Proceed *In Forma Pauperis* ("Motion for IFP"). Dkt. 4. However, Plaintiff has now notified the Court of a change of address (*see* dkt. event at 5/29/2018) and, on May 31, 2018, he visited the Clerk's office, indicating he is no longer in custody at the Pierce County Jail. The Court requires a different application when a non-prisoner is applying to proceed *in forma pauperis*. Because of Plaintiff's change of circumstance, it is ORDERED:

1) Plaintiff shall file an updated Motion for IFP on or before July 6, 2018.

2) In the alternative, Plaintiff may pay the $400.00 filing fee.

3) The Clerk is directed to provide Plaintiff with the forms necessary for a non-prisoner to apply to proceed *in forma pauperis*.

Dated this 1st day of June, 2018.

*David W. Christel*
David W. Christel
United States Magistrate Judge

ORDER TO FILE NEW APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2