UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEWAUN JAMES SWAN,

          Plaintiff,

  v.

MILLER and PIERCE COUNTY JAIL,

          Defendants.

CASE NO. 3:18-cv-05320-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: September 21, 2018

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff Dewaun James Swan, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on April 23, 2018. Dkt. 1. After granting Plaintiff's request to proceed *in forma pauperis*, the Court screened Plaintiff's Complaint and issued an Order, explaining Plaintiff had adequately alleged claims against Defendant Miller, but that Pierce County Jail was an improper Defendant. Dkt. 8. The Court directed Plaintiff to show cause or file an Amended Complaint, and informed Plaintiff that the Amended Complaint would

1  act as a complete substitute for the original Complaint. *Id*. at p. 4. Plaintiff subsequently filed an
2  Amended Complaint. Dkt. 10.

3  The Court screened Plaintiff's Amended Complaint, and found that it contained even less
4  clear allegations than his original Complaint. Dkt. 11. The Court identified several deficiencies,
5  ordered Plaintiff to file a Second Amended Complaint, and warned Plaintiff that, if he did not
6  respond to the Order, the Court would recommend Plaintiff's action be dismissed. *Id*. The Court
7  directed Plaintiff to file his Second Amended Complaint by August 17, 2018. *Id*. Plaintiff has
8  failed to do so.

9  Therefore, because Plaintiff has failed to obey the Court's Order and correct the
10  deficiencies identified by the Court pursuant to 28 U.S.C. § 1915A, the Court recommends this
11  case be dismissed without prejudice.

12  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
13  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
14  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
15  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
16  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
17  September 21, 2018, as noted in the caption.

19  Dated this 5th day of September, 2018.

David W. Christel
United States Magistrate Judge