UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAUN JAMES SWAN,<br><br>                Plaintiff,<br><br>    v.<br><br>MILLER and PIERCE COUNTY JAIL,<br><br>                Defendants. | CASE NO. C18-5320 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's action is dismissed without prejudice for failure to obey a court order.

Dated this 2nd day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER